UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:                                        )          BK No.:    19-80162
David M Seymour                               )
Alexzandria Seymour                           )
                                              )          Chapter: 7
                                              )          Honorable Thomas M. Lynch
                                              )
        Debtor(s)                             )

## ORDER MODIFYING THE AUTOMATIC STAY

     THIS CAUSE coming to be heard on the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Nationstar Mortgage LLC d/b/a Mr. Cooper its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 3080 Hamlin Dr, Machesney Park, IL 61115.

(2) Rule 4001(a)(3) is waived.

  This Order is effective as of March 29, 2019.

Enter:

*[signature: Thomas M. Lynch]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  February 13, 2019

**Prepared by:**

Laura A. Hrisko  ARDC#6230993
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-18-13677)